United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 1, 2004**

Charles R. Fulbruge III
Clerk

In the
# United States Court of Appeals
## for the Fifth Circuit

_____

m 04-10670

_____

BERNARD FICQ,

Plaintiff-Appellant,

VERSUS

TEXAS INSTRUMENTS, INCORPORATED,
A DELAWARE CORPORATION;
THOMAS J. ENGIBOUS,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE BOARD, PRESIDENT, AND
CHIEF EXECUTIVE OFFICER OF TEXAS INSTRUMENTS, INC.;
RICHARD K. TEMPLETON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS EXECUTIVE VICE PRESIDENT AND CHIEF
OPERATING OFFICER OF TEXAS INSTRUMENTS, INCORPORATED, AND PRESIDENT OF THE
SEMICONDUCTOR GROUP OF TEXAS INSTRUMENTS, INCORPORATED,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
m 3:02-CV-1273-D

_____

Before DAVIS, SMITH and DENNIS,
    Circuit Judges.

PER CURIAM:[*]

Proceeding *pro se*, Bernard Ficq alleges only two federal claims against his former employer, Texas Instruments, Inc., and two of its officers: intentional discrimination under 42 U.S.C. § 1981 and conspiracy under 42 U.S.C. § 1985. He claims he was unlawfully terminated on the basis of his "status as a U.S. citizen."

Based on the thorough findings and recommendation of the magistrate judge, the district court dismissed Ficq's federal claims with prejudice and his state claims without prejudice. The judgment of dismissal is AFFIRMED, essentially for the reasons given by the magistrate judge.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.